# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL J. HEFFERAN, JR.** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 17-2720 |
| | : | |
| **NANCY A. BERRYHILL,** | : | |
| Acting Commissioner of Social | : | |
| Security, | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 5th day of April, 2018, upon independent consideration of the plaintiff's request for review (Doc. No. 9), the defendant's response (Doc. No. 10), and the plaintiff's reply (Doc. No. 11), and after review of the thorough and well-reasoned Report & Recommendation of U.S. Magistrate Judge Jacob P. Hart, there being no objections from the defendant, **IT IS ORDERED** that:

1. The Report & Recommendation is **APPROVED** and **ADOPTED**;

2. The plaintiff's request for review is **GRANTED** in part and **DENIED** in part;

3. The final decision of the Commissioner of the Social Security Administration is **REVERSED**, and the matter is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report & Recommendation; and

4. The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C.J.